UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ALLAN JOSUE MARTINEZ MARTINEZ,

                                Petitioner,

              -against-                              26-cv-2858 (LAK)

MARKWAYNE MULLIN, et al.

                                Respondents.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/2026

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

       Petitioner has filed a petition for the writ of *habeas corpus* under 28 U.S.C. § 2241. Having examined the petition, it is hereby

       **ORDERED** as follows:

       1.     Within **two business days of the date of this order**, respondents shall file a letter with the following information:

          a.     Whether petitioner was, as the petition alleges,[1] located in the Southern District of New York at the time the petition was filed and, if not, (1) what district petitioner was in at the time of filing and (2) whether the petition should be immediately transferred to the district in which petitioner was present at the time of filing;[2]

          b.     Petitioner's A-number, place and judicial district of detention as of the time of the filing of the letter, and the name and contact information of a person who will facilitate counsel's access to petitioner;

---

[1]    Habeas Petition (Dkt 1) ¶¶ 2, 12.

[2]    *See, e.g.*, *Öztürk v. Hyde*, 136 F.4th 382, 391-92 (2d Cir. 2025); *Khalil v. Joyce*, 771 F. Supp. 3d 268, 287-88 (S.D.N.Y. 2025).

2

c.      The statutory provision or provisions under which respondents assert the authority to detain petitioner;

i.      If the asserted basis for petitioner's detention is the Immigration and Nationality Act ("INA") Section 235(b)(2)(A), whether there is any basis to distinguish this case from *Barco Mercado v. Francis*, No. 25-cv-6582 (LAK), 2025 WL 3295903 (S.D.N.Y. Nov. 26, 2025), and if not, whether respondents waive the right to answer and consent to issuance of the writ subject to preservation of respondents' arguments for appeal.

ii.      If the asserted basis for petitioner's detention is INA Section 235(b)(1), whether there is any basis to distinguish this case from *M.K. v. Arteta*, No. 25-cv-9918 (LAK), 2025 WL 3720779 (S.D.N.Y. Dec. 23, 2025), and if not, whether respondents waive the right to answer and consent to issuance of the writ subject to preservation of respondents' arguments for appeal.

d.      A copy of any final order of removal; and

e.      Any information regarding the procedural posture of any pending Department of Homeland Security or Executive Office for Immigration Review proceedings.

2.      Unless and until the Court orders otherwise, respondents shall file an answer to the petition within **three business days of the date of this order**; and

3.      Unless and until the Court orders otherwise, petitioner shall file any reply within **ten business days of the date of this order**.

4.      To preserve the Court's jurisdiction pending a ruling on the petition, petitioner shall not be removed from the United States absent further order of this Court.[3] **Moreover, in light of petitioner's interest in participating in further proceedings before this Court and to facilitate resolution of the petition, absent further order of this Court, respondents shall not**

---

[3]      *See, e.g.*, *M.K. v. Joyce*, No. 25-cv-1935, 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) (citing cases); *Du v. U.S. Dep't Homeland Sec.*, No. 25-cv-644, 2025 WL 1317944, at *1 (D. Conn. Apr. 24, 2025) ("[A] federal court may temporarily enjoin immigration authorities from deporting individuals if it preserves the court's jurisdiction over a case or cases.") (collecting cases).

transfer petitioner except to a facility within this district, the Eastern District of New York, or the District of New Jersey.[4]

SO ORDERED.

Dated:      April 8, 2026
Issued at:  9:40 a.m.

_____
Lewis A. Kaplan
United States District Judge

---

[4]  *See, e.g., Perez y Perez v. Noem*, No. 25-cv-4828, 2025 WL 1908284, at *2-3 (S.D.N.Y. June 13, 2025) (enjoining *habeas* petitioner's transfer pending adjudication of petition); *see also, e.g., Arostegui-Maldonado v. Baltazar*, 794 F. Supp. 3d 926, 948-49 (D. Colo. 2025) (same); *Oliveros v. Kaiser*, No. 25-cv-7117, 2025 WL 2677125, at *8-9 (N.D. Cal. Sept. 18, 2025) (same).