Case 1:26-cv-02858-LAK Document 8 Filed 04/09/26 Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _________
DATE FILED: 4/9/2026

THE DOOR
Where Young People Thrive

April 9, 2026

**Via ECF**
The Honorable Lewis A. Kaplan
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Martinez Martinez v.Mullin et al* (26-cv-02858)
Joint Proposed Briefing Schedule

Dear Judge Kaplan:

The parties have conferred and write jointly to propose a modified briefing schedule. Petitioner plans to file an amended petition by April 13, 2026. We propose that Respondents respond to the amended petition by April 20, 2026 and that Petitioner file any reply by April 30, 2026.

Respectfully submitted,

Beth D. Baltimore
Ellinor Rutkey
THE DOOR'S LEGAL SERVICES CENTER
121 Avenue of the Americas, 3rd Floor
New York, New York 10013
917-701-9130
bbaltimore@door.org
*Attorneys for Petitioner*

Jeffrey Oestericher
Chief, Civil Division
U.S. Attorney's Office SDNY
86 Chambers Street, 3rd Floor
New York, New York 10007
(212) 637-2695
Jeffrey.Oestericher@usdoj.gov
*Attorneys for Respondents*

**SO ORDERED**

**LEWIS A. KAPLAN, USDJ**
4/9/26