# EXHIBIT B

 Official Website of the Department of Homeland Security

Report

Main Menu

< BACK TO RESULTS

# Facility Page

Detention Information For:

**ALLAN JOSUE MARTINEZ-MARTINEZ**
**Country of Birth:** Honduras
**A-Number:** ▮▮▮▮▮▮▮

Current Detention Facility:

NYC HOLD ROOM
26 FEDERAL PLAZA
NA
NEW YORK, NY 10278
**Visitor Information:** (212) 436-9400

# ERO Office Information

Family members and legal representatives may be able to obtain additional information about this individual's case by contacting this ERO office:

NEW YORK, NY, DOCKET CONTROL OFFICE
**Phone Number:** (212) 436-9400
**Email:** NYCIntakeInquiries@ice.dhs.gov

BACK TO SEARCH >