**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ALLAN JOSUE MARTINEZ MARTINEZ,

                        Petitioner,               26 **CIVIL** 2858 (LAK)

        -against-                         **JUDGMENT**

MARKWAYNE MULLIN, etc., et al.,

                       Respondents.
-------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated April 14, 2026, the amended petition for a writ of habeas corpus is granted; accordingly, the case is closed.

**DATED:** New York, New York
        April 14, 2026

                                **TAMMI M. HELLWIG**
                               _____
                                  **Clerk of Court**

               **BY:**    _____
                                    **Deputy Clerk**