**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 15, 2026

**By ECF**
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Martinez Martinez v. Joyce, et al.*, No. 26 Civ. 2858 (LAK)

Dear Judge Kaplan:

This Office represents the respondents (the "Government") in this habeas corpus action. On April 14, 2026, the Court issued an order granting the petition, and directed Petitioner's release in the district in which he was arrested, i.e., the Northern District of Texas, and that Respondents file a declaration by 5:00 p.m. on April 15 confirming compliance with the order (Dkt. No. 14). I write respectfully to provide the Court with an update.

Petitioner was flown to the Northern District of Texas, specifically the Dallas Fort Worth International Airport on ICE Air, and was scheduled to arrive at 4 p.m. today to be released into the custody of his mother, Nora Carolina Martinez Martinez. I am awaiting an update from ICE on Petitioner's release, and I will file a declaration with that confirmation once I receive it.

I thank the Court for its consideration of this letter.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: s/ *Tudor M. Neagu*
TUDOR M. NEAGU
Special Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (646) 906-5441
E-mail: tudor.neagu@usdoj.gov
*Attorney for Respondents*

cc: Counsel of Record (by ECF)