UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALLAN JOSUE MARTINEZ MARTINEZ,

*Petitioner,*

v.

MARKWAYNE MULLIN, et al.,

*Respondents.*

Case No. 26 Civ. 2858 (LAK)

**DECLARATION OF SUPERVISORY DETENTION AND DEPORTATION OFFICER KAREEM JOHNSON**

Pursuant to 28 U.S.C. § 1746, I, Kareem Johnson, declare under penalty of perjury that the following is true and correct:

1. I am a Supervisory Detention and Deportation Officer at U.S. Immigration and Customs Enforcement ("ICE") within the U.S. Department of Homeland Security ("DHS"). I joined the agency in February 2007. Since July 2023, I have been a Supervisory Detention and Deportation Officer in the Transportation and Removal Operations Unit. I oversee arrest processing, placement for detention, and the transportation to detention facilities of detainees taken into custody by ICE. I also oversee the transportation of detainees to the removal and staging locations.

2. Petitioner, Allan Josue Martinez Martinez, a native and citizen of Honduras, has been assigned the following Alien Number: 209 842 903. The following representations are based on my review of Petitioner's administrative file, consultation with my colleagues, and ICE electronic records and databases.

3. I submit this declaration in connection with this Court's April 14, 2026 Order.

4. On April 15, 2026, Petitioner was flown to the Northern District of Texas, specifically the Dallas Fort Worth International Airport on ICE Air.

5. He arrived at Terminal E and was released into the custody of his mother, Nora Carolina Martinez Martinez, at approximately 4 p.m. Central Time, 5 p.m. Eastern Time.

6. Petitioner is no longer in ICE custody.

Executed at New York, New York
this 15th day of April, 2026.

KAREEM A JOHNSON

Digitally signed by KAREEM A JOHNSON
DN: cn=KAREEM A JOHNSON, o=U.S. Government, ou=People, email=Kareem.A.Johnson@ice.dhs.gov, c=US
Date: 2026-04-15T18:29:00-0400

Kareem Johnson
Supervisory Detention and Deportation Officer
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security